It is so ordered.

s/James G. Carr
Sr. United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS VAUGHN ) | CASE NO.: 3:17-CV-02006 |
| Plaintiff, ) | JUDGE JAMES G. CARR |
| vs. ) | **STIPULATED DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| SUN DEVELOPMENT OF OHIO, INC., *et al.* ) | |
| Defendants. ) | |

Now come the Parties, by and through the undersigned, and stipulate to the dismissal of this action, with prejudice. Each party is to bear its own costs.

Respectfully Submitted,

s/ Peter C. Mapley
Peter C. Mapley (0092359)
2460 Fairmount Blvd, Suite 314
Cleveland, Ohio 44106
T: (216) 223-7213
F: (216) 223-7213
mapley@swmlawfirm.com

*Attorney for Plaintiff*

s/ (per email consent)
Scott D. Simpkins (0066775)
55 Public Square, Suite 1950
T: (216) 621-8484
F: (216) 771-1632
sdsimp@climacolaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/ Peter C. Mapley*
Peter C. Mapley (0092359)

*Attorney for Plaintiff*
